NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


LAWRENCE                                )
BONGIOVANNI, III,                       )
                                        )
            Appellant,                  )
                                        )
v.                                      )            Case No. 2D17-2889
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____ )

Opinion filed October 5, 2018.

Appeal from the Circuit Court for
Hillsborough County; Christopher C.
Sabella, Judge.

Howard L. Dimmig, II, Public
Defender, Nicholas Martino, Special
Assistant Public Defender, Bartow, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, Susan D. Dunlevy and
Blain A. Goff, Assistant Attorney
Generals, Tampa, for Appellee.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and SILBERMAN and ATKINSON, JJ., Concur.